DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

18 AUGUST 2016

| 226P16 | In re Foreclosure of Deed of Trust From Burman Howard Maine, Betty Farmer Maine and Brandon Travis Maine, Grantor, to PBRE, Inc., Trustee, Recorded in Book 405, Page 2169, in the Ashe County Public Registry by Morrison Trustee Services, LLC, Substitute Trustee | 1. Petitioners' *Pro Se* Motion for Notice of Appeal<br><br>2. Petitioners' *Pro Se* Petition for *Writ of Mandamus*<br><br>3. Petitioners' *Pro Se* Motion for Notice of Appeal | 1. Dismissed *ex mero motu*<br><br>2. Dismissed<br><br>3. Dismissed *ex mero motu* |
|---|---|---|---|
| 230A16 | Town of Beech Mountain v. Genesis Wildlife Sanctuary, Inc. | 1. Def's Motion to Strike Issue II from Notice of Appeal Based on Dissent in COA (COA15-260; 15-517)<br><br>2. Plt's PDR Under N.C.G.S. § 7A-31<br><br>3. Plt's Petition in the Alternative for *Writ of Certiorari* to Review Decision of COA | 1. Allowed **07/07/2016**<br><br>2. Dismissed **07/07/2016**<br><br>3. Allowed **07/07/2016** |
| 230A16 | Town of Beach Mountain v. Genesis Wildlife Sanctuary, Inc. | Plt's Motion to Amend New Brief (COA15-260; 15-517) | Allowed **08/16/2016** |
| 232P01-3 | State v. Michael Eugene Reed, II | Def's *Pro Se* Motion to Appoint Counsel | Denied<br><br>**Hudson, J., recused** |
| 232P16 | State v. Jeremy Jerome Oliver | Def's *Pro Se* Petition for *Writ of Mandamus* | Denied |
| 233P16 | State v. Alonzo Antonio Murrell | 1. State's PDR Under N.C.G.S. § 7A-31 (COA15-1097)<br><br>2. State's Motion to Deem Petition Timely Filed<br><br>3. State's Petition in the Alternative for *Writ of Certiorari* to Review Decision of COA<br><br>4. State's Motion for Temporary Stay<br><br>5. State's Petition for *Writ of Supersedeas* | 1.<br><br>2.<br><br>3.<br><br>4. Allowed **06/22/2016**<br><br>5. |
| 234P16 | State v. Willie James Steele, Jr. | Def's PDR Under N.C.G.S. § 7A-31 (COA15-827) | Denied |